FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>*Raymond Graham*<br><br>Defendant. | Case No.: *5:22-MJ-318*<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the *Eastern* District of *California* for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

1    and/ or

2 B. (X)  The defendant has not met his/her burden of establishing by clear and
3    convincing evidence that he/she is not likely to pose a danger to the safety
4    of any other person or the community if released under 18 U.S.C.
5    § 3142(b) or (c). This finding is based on the following:
6    (X)  information in the Pretrial Services Report and Recommendation
7    (X)  information in the violation petition and report(s)
8    (X)  the defendant's nonobjection to detention at this time
9    ( )  other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

13

14 Dated: May 24, 2022          _____
15                  SHERI PYM
                 United States Magistrate Judge